UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NISSA AVILA,

    Plaintiff,

    v.                              **CASE NO.:** 8:10-cv-02282-JDW-EAJ

ALLIANCE ONE RECEIVABLES
MANAGEMENT,

    Defendant.
_____/

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, NISSA AVILA and Defendant, ALLIANCE ONE RECEIVABLES MANAGEMENT, hereby stipulate that the entire action be dismissed, with prejudice, with each side to bear their own attorney's fees and costs.

DATED:  September 26, 2011       KROHN & MOSS, LTD.

                                       By: /s/ Shireen Hormozdi_____
                                           Shireen Hormozdi
                                           FBN: 0882461
                                           KROHN & MOSS, LTD
                                           10474 Santa Monica Blvd., Suite 401
                                           Los Angeles, California 90025
                                           Tel: (323) 988-2400
                                           Fax: (866) 802-0021
                                           shormozdi@consumerlawcenter.com
                                           Attorney for Plaintiff

DATED:  September 26, 2011   GOLDEN & SCAZ, PLLC

             By: /s/   Charles J. McHale_____
               Charles J. McHale
               Attorney for Defendant
               FBN: 094080
               GOLDEN & SCAZ, PLLC
               201 North Armenia Avenue
               Tampa, Florida 33609
               Tel: 813-251-3632
               Fax: 813-251-3675
               Dale.golden@goldenscaz.com