UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NISSA AVILA,

      Plaintiff,

vs.                                                         Case No. 8:10-cv-2282-T-27EAJ

ALLIANCE ONE RECEIVABLES
MANAGEMENT,

      Defendant.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the parties' stipulation for dismissal with prejudice (Dkt. 12). Upon consideration, it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** with prejudice. The Clerk is directed to terminate any pending motions/deadlines and **CLOSE** this case.

**DONE AND ORDERED** in chambers this 27th day of September, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record